

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUN 13  P 4: 53

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EATHAN K. LANDRY, MARTY JAMISON, TONITO WASHINGTON, KEITH COXIE, AND SANDY J. LANDRY, INDIVIDUALLY AND ON BEHALF OF HER MINOR CHILDREN, MARQUET LANDRY, ANTOINE LANDRY, JORDON LANDRY AND KEATHON D. JONES, ET AL. | CIVIL ACTION NO. 00-1644<br><br>DIVISION B; SECTION M5<br><br>JUDGE LEMELLE<br><br>MAGISTRATE CHASEZ |
| VERSUS | |
| CF INDUSTRIES, INC. | |

### MOTION TO TRANSFER PURSUANT TO LOCAL RULE 3.1.1(E)

**NOW INTO COURT,** through undersigned counsel, comes CF Industries, Inc. (hereafter referred to as "CF"), and pursuant to Local Rule 3.1.1(E) moves this Honorable Court for an Order transferring this action to the docket of Judge Eldon Fallon in Section "L" of this Court. As more fully set forth in the attached memorandum, this action arises out of the same incident and involves common issues of law and fact as the action entitled *"Gloria Braxton, All Other Similarly Situated Persons versus CF Industries, Inc.,"* CA No. 00-1642. Because the *"Braxton"* case has been assigned the lowest docket number and has been assigned to Section "L" of this Court, CF

NO:99094532.1

JUN 1 6 2000

TRANSFERRED TO
SECT L MAG 1

DATE OF ENTRY
JUN 1 9 2000

Fee_____
___Process____
X  Dktd____
___CtRmDep__
Doc.No.__5__



respectfully submits that in accordance with Local Rule 3.1.1(E) the above captioned action must be transferred to the docket of Judge Fallon, Section "L."

Respectfully submitted,

*/s/ Robert E. Kerrigan*
ROBERT E. KERRIGAN, T.A. (#7350)
CHARLES LECHE (#8218)
DEUTSCH, KERRIGAN & STILES, LLP
755 Magazine Street
New Orleans, Louisiana 70130-3672
Telephone: (504) 581-5141

- and -

MARK C. DODART (#17549)
NEIL C. ABRAMSON (#21436)
NORA T. BOLLING (#22955)
PHELPS DUNBAR LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311

- and -

MICHAEL H. RUBIN (#10833)
RICHARD A. CURRY (#4671)
MICHAEL FERACHI (#19566)
McGLINCHEY STAFFORD
Ninth Floor, One American Place
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000

- and -

JOHN W. PERRY JR. (#10524)
DANIEL J. BALHOFF (#18776)
ATKINSON, PERRY, ATKINSON
    & BALHOFF, L.L.C.
2141 Quail Run Drive
Baton Rouge, Louisiana 70884-3260
Telephone: (225) 767-7730

- and -

MALCOLM J. DUGAS, JR. (#05137)
DUGAS, LEBLANC & SOTILE, L.L.C.
406 Houmas Street
Donaldsonville, Louisiana 70346
Telephone: (225) 473-3109

COUNSEL FOR CF INDUSTRIES, INC.

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served on all known counsel of record by First Class United States Mail, properly addressed and postage prepaid, this 13th day of June, 2000.

*Robert E. Kerrigan* (signature)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EATHAN K. LANDRY, MARTY JAMISON, TONITO WASHINGTON, KEITH COXIE, AND SANDY J. LANDRY, INDIVIDUALLY AND ON BEHALF OF HER MINOR CHILDREN, MARQUET LANDRY, ANTOINE LANDRY, JORDON LANDRY AND KEATHON D. JONES, ET AL. | CIVIL ACTION NO. 00-1644<br><br>DIVISION B; SECTION M5<br><br>JUDGE LEMELLE<br><br>MAGISTRATE CHASEZ |
| VERSUS | |
| CF INDUSTRIES, INC. | |

## MEMORANDUM IN SUPPORT OF
## MOTION TO TRANSFER PURSUANT TO LOCAL RULE 3.1.1(E)

MAY IT PLEASE THE COURT:

CF Industries, Inc. (hereinafter referred to as "CF"), defendant herein, is the owner of a nitrogen processing facility located in Ascension Parish in Donaldsonville, Louisiana. On May 24, 2000, an incident occurred at CF's facility which resulted in several personal injuries. In the days following the incident, CF was named as a defendant in twelve (12) separate lawsuits, including eleven (11) putative class action lawsuits, that were originally filed in Louisiana state courts for the Parishes of Ascension and St. James on behalf of residents of each of those parishes.

NO:99095429.1

CF then removed these twelve (12) lawsuits on the basis of diversity jurisdiction to the appropriate federal district courts. The seven (7) lawsuits filed in Ascension Parish were first removed to the United States District Court for the Middle District of Louisiana, and the remaining five (5) lawsuits filed in St. James Parish, including this action, were then removed to this Court.

The first action removed to the Eastern District of Louisiana is entitled "*Gloria Braxton, All Other Similarly Situated Persons versus CF Industries, Inc.*" and has been allotted to Section "L" and assigned Civil Action No. 00-1642. The instant action was later removed to the Eastern District and has been allotted to Section "B" and assigned Civil Action No. 00-1644.

The instant action arises out of the same incident and involves common questions of law and fact as the "*Braxton*" action. Specifically, both actions assert claims against CF for personal injury, emotional distress, inconvenience, and other economic damages allegedly sustained as a result of the May 24, 2000 incident and assert causes of action against CF for negligence, strict liability and/or absolute liability. In addition, both the instant action and the "*Braxton*" action are alleged class action lawsuits and seek to certify the same, or substantially the same, putative class.[1]

According to Local Rule 3.1.1(E), when related actions (such as the "*Braxton*" action and the instant action) are pending in different sections, the actions must be transferred to the section to which the action with the lowest docket number has been assigned. Of these two related actions, the "*Braxton*" action has the lowest number and has been assigned to Section "L." Therefore, to promote judicial economy and to avoid the possibility of conflicting court rulings, the instant action should be transferred to the docket of Judge Fallon in Section "L."

---

[1] The other three actions pending in the Eastern District of Louisiana also arise out of the May 24, 2000 incident and involve common questions of law and fact. Similar motions are being filed in each of those actions, requesting that they be transferred to the section in which the "*Braxton*" action is pending.

**WHEREFORE**, for the reasons set forth above, CF respectfully submits that in accordance with Local Rule 3.1.1(E), this action must be transferred to the docket of Section "L" of the United States District Court for the Eastern District of Louisiana.

Respectfully submitted,

*/s/ Robert E. Kerrigan*
ROBERT E. KERRIGAN, T.A. (07350)
CHARLES LECHE (08218)
DEUTSCH, KERRIGAN & STILES, LLP
755 Magazine Street
New Orleans, Louisiana 70130-3672
Telephone: (504) 581-5141

- and -

MARK C. DODART (#17549)
NEIL C. ABRAMSON (#21436)
NORA T. BOLLING (#22955)
PHELPS DUNBAR LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311

- and -

MICHAEL H. RUBIN (#10833)
RICHARD A. CURRY (#4671)
MICHAEL FERACHI (#19566)
McGLINCHEY STAFFORD
Ninth Floor, One American Place
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000

- and -

JOHN W. PERRY JR. (#10524)
DANIEL J. BALHOFF (#18776)
ATKINSON, PERRY, ATKINSON
   & BALHOFF, L.L.C.
2141 Quail Run Drive
Baton Rouge, Louisiana 70884-3260
Telephone: (225) 767-7730

- and -

MALCOLM J. DUGAS, JR. (05137)
DUGAS, LEBLANC & SOTILE, L.L.C.
406 Houmas Street
Donaldsonville, Louisiana 70346
Telephone: (225) 473-3109

COUNSEL FOR CF INDUSTRIES, INC.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served on all known counsel of record by First Class United States Mail, properly addressed and postage prepaid, this 13th day of June, 2000.

*/s/ Robert E. Kerrigan*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EATHAN K. LANDRY, MARTY JAMISON, TONITO WASHINGTON, KEITH COXIE, AND SANDY J. LANDRY, INDIVIDUALLY AND ON BEHALF OF HER MINOR CHILDREN, MARQUET LANDRY, ANTOINE LANDRY, JORDON LANDRY AND KEATHON D. JONES, ET AL. | CIVIL ACTION NO. 00-1644 <br><br> DIVISION B; SECTION M5 <br><br> JUDGE LEMELLE <br><br> MAGISTRATE CHASEZ |

VERSUS

CF INDUSTRIES, INC.

## ORDER

Considering the foregoing Motion to Transfer Pursuant to Local Rule 3.1.1(E);

**IT IS HEREBY ORDERED** that the above-entitled action be and is hereby TRANSFERRED to the docket of Section "L" of this Court for further proceedings.

New Orleans, Louisiana, this  15th  day of  June , 2000.

_____
UNITED STATES DISTRICT COURT JUDGE

NO:99095429.1