UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GLORIA BRAXTON, ET AL | * | CIVIL ACTION |
| VERSUS | * | NO. 00-1642<br>REF: ALL CASES |
| CF INDUSTRIES, ET AL. | * | SECTION "L"(1) |

00-1644

## ORDER

Before the Court is the motion of defendant CF Industries, Incorporated, to consolidate and transfer venue to the United States District Court for the Middle District of Louisiana. The Court notes that the above captioned matter and seven other related actions transferred to this section have already been consolidated by this Court. The Court further notes that the underlying explosion from which these actions arise occurred in the Middle District of Louisiana and that similar actions arising out of the same incidents are already pending in the Middle District of Louisiana. The Court finds that the interests of justice and convenience of the parties and witnesses would be served by a transfer to the Middle District of Louisiana. Accordingly, the motion of defendant CF Industries, Incorporated to consolidate and transfer venue to the Middle District of Louisiana is HEREBY GRANTED. The Court will withhold ruling on all other motions pending in this consolidated action so that the transferee court can dispose of the them.

Thus done in New Orleans, Louisiana, on the 24th day of July, 2000.

DATE OF ENTRY
JUL 27 2000

UNITED STATES DISTRICT JUDGE